IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Ackerman, | No. CV-16-08186-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| GC Services Limited Partnership, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. 34) and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 1st day of February, 2017.

_____
Honorable G. Murray Snow
United States District Judge